ELLEN F. ROSENBLUM
Attorney General
AARON D. KELLEY  #210615
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  aaron.kelley@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WAYLON PHILLIPS,<br><br>          Plaintiff,<br><br>     v.<br><br>J. OLSEN; T. KNAUFT; JOHN DOE,<br><br>          Defendants. | Case No.  2:24-CV-02001-AR<br><br>MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION |

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7-1(a)(1)(C), counsel for Defendants Olsen and Knauft certify that Plaintiff is an adult-in-custody not represented by counsel in this proceeding and is presently in the custody.

**MOTION**

Counsel for Defendants Olsen and Knauft respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b), for an Order granting an extension of time of thirty 14 days, up to and including **Thursday, May 29, 2025**, within which to respond to Plaintiff's Request for Production in this

Page 1 -   MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
            AK1/lnt/990831652

case. The current deadline for responding to plaintiff's Request for Production is May 15, 2025. Counsel for Defendants Olsen and Knauft need additional time to respond. Kelley decl. at ¶ 4. The information plaintiff has asked for is still in the process of being collected.

    This motion is supported by the accompanying declaration of Aaron Kelley, Assistant Attorney General, and the record of the case filed herein.

    DATED May  15 , 2025.

                                                Respectfully submitted,

                                                ELLEN F. ROSENBLUM
                                                Attorney General

                                                 *s/ Aaron D. Kelley*
                                                AARON D. KELLEY #210615
                                                Assistant Attorney General
                                                Trial Attorney
                                                Tel (971) 673-1880
                                                Fax (971) 673-5000
                                                aaron.kelley@doj.oregon.gov
                                                Of Attorneys for Defendant

Page 2 -    MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST
           REQUEST FOR PRODUCTION
        AK1/lnt/990831652

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on May  15 , 2025, I served the foregoing DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Waylon Phillips | ___ HAND DELIVERY |
| SID #12582404 | _X_ MAIL DELIVERY |
| Oregon State Penitentiary | ___ OVERNIGHT MAIL |
| 2605 State Street | ___ TELECOPY (FAX) |
| Salem, OR 97310 | ___ E-MAIL |

                                          *s/ Aaron D. Kelley*
                                      AARON D. KELLEY #210615
                                      Assistant Attorney General
                                      Trial Attorney
                                      Tel (971) 673-1880
                                      Fax (971) 673-5000
                                      aaron.kelley@doj.oregon.gov
                                      Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
        AK1/lnt/Phillips 2001 CERT Certificate of Service (Pro Se)

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000